THE STATE OF OHIO, APPELLEE, *v.* CARPENTER, APPELLANT.

[Cite as *State v. Carpenter* (1996), 74 Ohio St.3d 408.]

(No. 95–1129—Submitted October 24, 1995—Decided January 31, 1996.)

*Michael Miller,* Franklin County Prosecuting Attorney, and *Steven L. Taylor,* Assistant Prosecuting Attorney, for appellee.

*Dennis C. Belli,* for appellant.

*Per Curiam.* The judgment of the court of appeals is affirmed on authority of *State v. Reddick* (1995), 72 Ohio St.3d 88, 647 N.E.2d 784.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.